DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSE URTECHO,**
Appellant,

v.

**CAROL CICCARELLI** a/k/a **CAROL CICCARELLI URTECHO,**
Appellee.

No. 4D20-1353

[December 17, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Fabienne Fahnestock, Judge; L.T. Case No. FMCE09-000238.

Kathleen K. Peńa, Fort Lauderdale, for appellant.

Carol Ciccarelli Urtecho, Dania Beach, pro se.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., MAY and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***